# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR418** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JESUS OLIVAS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by J. Bruce Teichman to withdraw from further representation of the Defendant (Filing No. 95). Mr. Teichman was retained.

The Eighth Circuit Court of Appeals issued its mandate on October 20, 2005 (Filing No. 94). The time for filing a petition for certiorari has expired. The motion will be denied as moot.

IT IS ORDERED that the motion filed by J. Bruce Teichman to withdraw from further representation of the Defendant (Filing No. 95) is denied as moot.

DATED this 25th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge