IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR418** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JESUS OLIVAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration from the Court's Memorandum and Order and Judgment issued with respect to his motion filed pursuant to 28 U.S.C. § 2255 (Filing No. 105) and motion to correct deficiency (Filing No. 108).

According to the Court's ECF system, the United States Attorney received notice of the motion for reconsideration. (Filing No. 105.) Therefore, the Defendant's motion to correct deficiency (Filing No. 108) is denied as moot. The motion for reconsideration (Filing No. 105) is denied on the merits.

IT IS ORDERED:

1. The Defendant's motion for reconsideration from the Court's Memorandum and Order and Judgment issued with respect to his motion filed pursuant to 28 U.S.C. § 2255 (Filing No. 105) is denied; and

2. The Defendant's motion to correct deficiency (Filing No. 108) is denied as moot.

DATED this 26th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge