IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR418** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JESUS OLIVAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's application for leave to proceed on appeal in forma pauperis (Filing No. 118). The Defendant was represented by retained and appointed counsel in this Court, and his case is now before the Eighth Circuit Court of Appeals for a review of this Court's denial of a certificate of appealability. The motion, which was forwarded by the Eighth Circuit, includes an affidavit regarding the Defendant's financial status. (Filing No. 118.)

IT IS ORDERED that the Defendant's application for leave to proceed on appeal in forma pauperis (Filing No. 118) is granted.

DATED this 19th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge