IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JESUS OLIVAS,<br><br>               Defendant. | **8:03CR418**<br><br>**ORDER** |

      This matter is before the Court on the defendant's motion for copies (Filing No. 128), of his "PART B Computation of Criminal History Points" from his Presentence Report. The defendant may not obtain a copy of the Presentence Investigation Report without a Court Order from the Article III Judge in this case, as the document is sealed.

      THEREFORE, IT IS ORDERED that the defendant's Motion for Copies [128] is denied.

Dated this 5th day of January, 2015.

                                                        BY THE COURT:

                                                        s/ F.A. Gossett, III<br>
                                                        United States Magistrate Judge