## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Case No. 8:03CR418** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED ORDER** |
| JESUS OLIVAS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon reconsideration by the court, the defendant's motion for copies (Filing No. 128), of his "Part B Computation of Criminal History Points" from his Presentence Investigation Report (Filing No. 75), is granted.

**IT IS ORDERED:**

1.  The defendant's motion for copies (Filing No. 128), is granted.

2.  The Clerk of the Court is directed to send to the defendant a copy of "Part B Computation of Criminal History Points" from his Presentence Investigation Report.

Dated this 1st day of June 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge