## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>                                                       )<br>            **Plaintiff,**              )<br>                                                       )<br>    **vs.**                                       )<br>                                                       )<br>**JESUS OLIVAS,**                     )<br>                                                       )<br>            **Defendant.**           ) | **Case No. 8:03CR418**<br><br>**ORDER** |

　　　This case is before the court on the defendant's Motion for Copies (#132). On June 1, 2015, the court entered an Amended Order (#130) ordering that the defendant is to receive copies of his "Part B Computation of Criminal History Points" from his presentence investigation report (#75). On June 15, 2015, the court received information from the Federal Bureau of Prisons (#131) that the court's order had been examined and that "inmates are not allowed a copy of their presentence investigation report. They may go to the records office or see unit team to view them if necessary." Olivas then filed the pending motion for copies (#132) requesting the court's further involvement in the issue.

　　　After reviewing the docket, I find the court's June 1, 2015, Amended Order (#131) allowing Olivas to view "Part B Computation of Criminal History Points" is subject to the rules and regulations of the Bureau of Prisons and that Olivas must comply with those rules and regulations.

　　　**IT IS ORDERED**: Defendant Jesus Olivas' Motion for Copies (#132) is granted in that he may view the report subject to the rules and regulations of the Bureau of Prisons.

　　　Dated this 8th day of July 2015.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge